IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**AMY CATHERINE REEDER**                                                                                   **Plaintiff**

**v.**                                                       **No. 3:25-cv-00100-MPM-RP**

**THE KROGER CO., THE COCA-COLA COMPANY,
and JOHN DOES 1-10**                                                          **Defendants**

## ORDER

This matter comes before the Court on consideration of Defendant Kroger's Notice of Withdrawal of its Notice of Removal [5]. On March 28, 2025, Kroger removed this action from the Circuit Court of Lafayette County, Mississippi to the United States District Court for the Northern District of Mississippi, Oxford Division based on diversity jurisdiction. Unbeknownst to Kroger, Co-Defendant Coca-Cola Company filed a Notice of Removal the day before Kroger's Notice of Removal [1]. Kroger has agreed to consolidate and withdraw its Notice of Removal filed on March 28, 2025. Therefore, the Court shall affirmatively close this case, and Kroger may proceed with the case removed by Co-Defendant Coca-Cola Company.[1]

The Court, having notice of Defendant Kroger's withdrawal of its Notice of Removal, hereby orders this case be **CLOSED**.

SO ORDERED this 3rd day of April, 2025.

                                                      /s/Michael P. Mills
                                                    UNITED STATES DISTRICT JUDGE
                                                    NORTHERN DISTRICT OF MISSISSIPPI

---

[1] 3:25-cv-00098-DMB-JMV